# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6649                                                                                     Purchased/Filed: July 24, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT                        SOUTHERN DISTRICT

---

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al
                                                                                                                                        Plaintiff

against

Columbus Construction Corp.
                                                                                                                                        Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 2, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_____Columbus Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

__6th__ day of _____August, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. [illegible], Qualified in Albany County
Commission Expires June 18, 2011

Jessica Miller

Invoice-Work Order # SP0708382

Ph 518-463-4179