UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, )
)
) Index # 07-CIV-6649 (KMK)
)
)
           Plaintiffs, ) **REQUEST FOR ENTRY**
) **OF DEFAULT JUDGMENT**
   -against- )
)
COLUMBUS CONSTRUCTION CORP., )
)
           Defendant. )
)

*U.S. DISTRICT COURT FILED APR 18 2008 S.D. OF N.Y. W.P.*

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, COLUMBUS CONSTRUCTION CORP., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Fund, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union No. 456 (hereinafter referred to as the "Union"), and against the Defendant, COLUMBUS CONSTRUCTION CORP., in the sum of $105,140.98 which includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated:  Elmsford, New York
        April    , 2008

                               _____
                               Karin Arrospide, Esq. (KA9319)
                               BARNES, IACCARINO, VIRGINIA,
                               AMBINDER & SHEPHERD, PLLC
                               258 Saw Mill River Road
                               Elmsford, New York 10523
                               (914) 592-1515