*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, | ) 07 CIV 6649 (KMK) ) ) ) ) |

)
)    **ORDER TO SHOW**
)     **CAUSE FOR**
) **DEFAULT JUDGMENT**

                              Plaintiffs,        )
                                                 )
          -against-                              )
                                                 )
                                                 )
COLUMBUS CONSTRUCTION CORP.,                     )
                                                 )
                                                 )
                              Defendant.         )

> **USDS SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #· _____
> DATE FILED: _____

---------------------------------------------------------------

KARAS, D.J.:

        Upon the annexed supporting affidavit of Karin Arrospide, Esq. and upon consideration

of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is

hereby

        ORDERED, that the defendant show cause at a conference to be held on the ___ day of

_____, 2008 at ___ o'clock a.m. before the Honorable Kenneth M. Karas in White

Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by

Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is

further

        ORDERED, that objections to the relief requested herein or answering papers, if any,

shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn:  Karin

Arrospide, 258 Saw Mill River Road, Elmsford, NY 10523 by the ___ day of _____,

2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon

Defendant, Columbus Construction Corp, 687 S Columbus Avenue, Mt. Vernon, NY 10550 by First

Class Mail on or before the _7th_ day of ___May___, 2008, and such service shall be deemed

good and sufficient service.


Dated:  White Plains, New York

    _April 24_, 2008




SO ORDERED



_____
KENNETH M. KARAS, U.S.D.J.