UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456, <br><br> Plaintiffs, <br><br> -against- <br><br> COLUMBUS CONSTRUCTION CORP., <br><br> Defendant. | Index # 07-CIV-6649 (KMK) <br><br> **DEFAULT JUDGMENT** |

This action having been commenced on July 24, 2007 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on August 2, 2007 via New York's Secretary of State and proof of such service thereof was filed on August 9, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of One Hundred Five Thousand One Hundred Forty Dollars and Ninety Eight Cents ($105,140.98) which includes the following: Benefit Fund Contributions due and owing in the sum of $83,767.40 for the period 7/06-1/08; $8,430.44 in interest calculated at ten percent (10%) per annum for each delinquent month through March, 2008; $1,736.40 in back interest owed for the period 9/04-7/05 and 4/06-6/06; $8,376.74 in liquidated damages calculated at 10% of the unpaid principal due; reasonable attorneys' fees in the amount of $2,400.00, court costs and disbursements in the amount of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       , 2008

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       , 2008