## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                                           ss.:
COUNTY OF WESTCHESTER)

Resa Bernardini, being duly sworn, deposes and says:

I am not a party to the within action, am over the age of 18 years and reside at Westchester County, New York. That on May 5, 2008, served a true copy of the Order To Show Cause, Default Judgment and support documents by mailing a true copy of same enclosed in a post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

> COLUMBUS CONSTRUCTION CORP.
> 687 S. COLUMBUS AVENUE
> MT. VERNON, NY 10550

_____
Resa Bernardini

Sworn to before me this
5th day May, 2008.

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010