UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>        Plaintiffs,<br><br> -against-<br><br>COLUMBUS CONSTRUCTION CORP.,<br><br>        Defendant. | Index # 07-CIV-6649 (KMK)<br><br>**STATEMENT OF DAMAGES** |

Principal Amount Due ............................................................. $ 83,767.40
for the period 7/06-1/08

Interest calculated at (10%) per annum for each delinquent month
through to March, 2008................................................................ $ 8,430.44

Back Interest owed for the period 9/04-7/05 and 4/06-6/06.................. $ 1,736.40

Liquidated damages calculated at 10% of the ERISA Benefit Funds......... $ 8,376.74

Attorney's Fees pursuant to the
Collective Bargaining Agreement.................................................$ 2,400.00

Court Costs & Disbursements:

  Filing Fees (Index)................................................................ $  350.00
  Process Server Fee................................................................ $   80.00


  **GRAND TOTAL:**............................................................. **$105,140.98**